| No. | Description | Identified | Admitted |
|---|---|---|---|
| A | Best Equipment Summary and PPT Data | X | X |
| B | Dial-Around Statement regarding payment to Best | | |
| C | NATelCo Order Information regarding Best's lines | | |
| D | Print out of files related to reports of trouble in May 2001 | | |
| E | PPT agreement, July 17, 2003 | | |
| F | Transcript of Telephone Conversation, December 13, 2000 | X | X |
| G | Dec. 4, 2000 Letter to Best Payphones from MerTel | X | |
| H | NATelCo Letter of Authorization | X | X |
| I | Dec. 2000 letters to Michael Thacker and NYS PSC regarding interruption in service | X | X |
| J | Dec. 15, 2000 letter to Best Payphones from MerTel | X | X |
| K | Dec. 2000 letters to Aronow and PSC interference with service to Best | X | X |
| L | Dec. 2000 letters from NATelCo and to NYS PSC regarding service outages and impending disconnection | X | X |
| M | May 8, 2001 letter to Best Payphones from MerTel | | |
| N | May 27, 2001 letter to Herrick & Feinstein from Miller | | |
| O | May 25, 2001 letter, Best Payphones to NYS PSC | X | |
| P | Oct. 15, 2001 letter, Best Payphones to BridgeCom | | |
| Q | July 30, 2001 letter, Best Payphones to MerTel | | |

| No. | Description | Identified | Admitted |
|---|---|---|---|
| R | May 2001 MetTel letter from Kathy Beattie regarding an offer of a discount for payment of balance due from a customer | | |
| S | Nov. 18, 1998 agreement, Best Payphones and NATelCo | X | X |
| T | Sept. 24, 1999 agreement, Best Payphones and MetTel | | |
| U | Dec. 8, 2000 agreement, Best Payphones and NATelCo | | |
| V | May 15, 2001 agreement, Best Payphones and BridgeCom | | |
| W | Sept. 22, 1999 letter, Best Payphones to NATelCo | | |
| X | Letters from City of New York to Best Payphones starting in January 13, 2000 | X | X |
| Y | February 23, 1996 agreement, Best Payphones and NYNEX | X | X |
| Z | Reply to Counterclaim and other documents, MetTel v. Best Payphones, N.Y. County Supreme Court | | |
| A1 | Thacker Affidavit, MetTel v. Best Payphones, N.Y. County Supreme Court | | |
| B1 | Salame Affidavit, MetTel v. Best Payphones, N.Y. County Supreme Court | | |
| C1 | Documents, MetTel v. Best Payphones, N.Y. County Supreme Court | | |
| D1 | Asset Purchase Agreements between Best and Universal and Best and B.A.S. | | |
| E1 | Department of Information Technology and Telecommunications Interim Registry of Best's PPTs on the Public Right-of-Way | X | |
| F1 | Article regarding Rerouting from Perspective Magazine dated April 1997 | | |
| G1 | Joint Petition of MetTel and NATelCo to NYS PSC stamp dated May 14, 2001 | | |

| No. | Description | Identified | Admitted |
|---|---|---|---|
| H1 | NATelCo tariff regarding liability, May 22, 2000 | | |
| I1 | April 25, 2001 Transcript, In re Telecom Consultants | | |
| J1 | Sokolin-Maimon Affidavit | | |
| K1 | Siryj Affidavit | | |
| L1 | "Best_Payphones_Orders_Final" | X | |
| M1 | NYS PSC Determinations | | |
| N1 | NYS PSC Order Adopting Revised Migration Guidelines | | |
| O1 | Vermont Public Service Board Order, Dec. 28, 1999 | | |
| P1 | MetTel "Emergency Petition" to FCC and FCC Order dated April 12, 2001 | | |
| Q1 | Asset Purchase agreement, MetTel and NATelCo | | |
| R1 | Order, In re Telecom Consultants, Inc. | | |
| S1 | NATelCo tariff and MetTel tariff | X | |
| T1 | [duplicate of I1] | | |
| U1 | MetTel responses to discovery requests | | |
| V1 | Article from NYTimes, "Practical Traveler" | | |
| W1 | Apr. 11, 2001 Transcript, In re Telecom Consultants, Inc. | | |
| X1 | LOL Report | | |
| Y1 | Summons and Complaint, MetTel v. Best Payphone, N.Y. County Supreme Court | | |
| Z1 | Declaration of Aronow dated September 9, 2002 and Aug. 2, 2001 letter, MetTel to Best Payphones | X | X |
| A2 | Arkansas PSC Application | X | |
| B2 | Complaint, MetTel v. Drew Communications | | |
| C2 | FCC Order, Aug. 5, 1999 | | |

| No. | Description | Identified | Admitted |
|---|---|---|---|
| D2 | Corecomm Limited Petition for Waiver to FCC | | |
| E2 | LDMI Telecom Amendment to Petition for Waiver | | |
| F2 | FCC Order, May 13, 1999 | | |
| G2 | FCC Order, Sept. 10, 1999 | | |
| H2 | Miscellaneous Form Letters | | |
| I2 | NYS PSC Order 05-0552 MetTel-Corecom Petition | | |
| J2 | Economou Deposition Transcript, Sept. 25, 2006 | X | |
| K2 | Economou Deposition Transcript, Sept. 29, 2006 | X | |
| L2 | Aronow Deposition Transcript, Sept. 25, 2006 | | |
| M2 | Objection of Verizon Operating Subsidiaries, In re Telecom Consultants | | |
| N2 | Motions, In re Telecom Consultants | | |
| O2 | Response of Verizon Operating Subsidiaries, In re Telecom Consultants | | |
| P2 | Objection of Verizon Operating Subsidiaries, In re Telecom Consultants | | |
| Q2 | April 1, 2001 and other bills, MetTel to Best Payphone | | |
| R2 | Nov. 1, 1999 recommendation of NYS PSC | | |
| S2 | Oct. 5, 1999 press release, Long Island Telephone | | |
| T2 | Feb. 23 to March 31, 2001 Debtor's Periodic Financial Report, In re Telecom Consultants | | |
| U2 | Statement of receipts and disbursements for month ended March 31, 2001, In re Telecom Consultants | | |
| V2 | E-mail messages, Feb. 20, 2002 | | |
| W2 | Advertisements, Perspective Magazine | X | |
| X2 | Verizon LUDP Tariff | | |
| Y2 | PacTec Invoice page | X | |