UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In the Matter of                        :       Case No. 01-B-15472 (SMB)
                                                Chapter 11
BEST PAYPHONES, INC.,                   :

                 Debtor.                :
------------------------------------------------------------x

## DAMAGE TRIAL EXHIBITS OF CLAIMANT
## MANHATTAN TELECOMMUNICATIONS CORPORATION

| Exhibit No. | Description | Identified | Received |
|---|---|---|---|
| Exhibit 1 | Amended Proof of Claim dated February 11, 2002 | X | X |
| Exhibit 2 | MetTel's Damage Calculation | X | X |
| Exhibit 3 | MetTel/Natelco Asset Purchase Agreement dated as of April 4, 2001 | X | X |
| Exhibit 4 | Motion of Debtors (without exhibits), dated April 5, 2001, in In re Telecom Consultants, Inc., 01-10907 (JHG), for Order authorizing sale of certain assets | X | X |
| Exhibit 5 | Order in In re Telecom Consultants Establishing Bidding Procedure, dated April 12, 2001 | X | X |
| Exhibit 6 | Notice of Sale of Assets and Opportunity to Submit Higher and Better Offers in In re Telecom Consultants, dated April 12, 2001 | X | X |
| Exhibit 7 | Certificate of Service concerning publication on the PR Newswire and in the Wall Street Journal in In re Telecom Consultants, dated April 12, 2001 | X | X |
| Exhibit 8 | Certificate of Service concerning April 5, 2001 motion on various parties, including Best Payphones in In re Telecom Consultants, dated April 10, 2001 | X | X |
| Exhibit 9 | Amendment No. 1 to Natelco/MetTel Agreement, dated April 12, 2001 | X | X |
| Exhibit 10 | Bill of Sale and Assignment, dated April 16, 2001, relating to Asset Purchase Agreement | X | X |
| Exhibit 11 | Natelco Payphone Services Agreement with Best Payphones dated as of December 8, 2000 | X | X |

| Exhibit No. | Description | Identified | Received |
|---|---|---|---|
| Exhibit 12 | Advance Request and Certificate authorizing $3 million in wire transfers in connection with Asset Purchase Agreement, dated April 16, 2001 | X | X |
| Exhibit 13 | Form of Instrument of Assumption, dated April 17, 2001, relating to Asset Purchase Agreement | | |
| Exhibit 14 | Declarations of Mayne Miller and Michael Chaite in Opposition to April 5, 2001 Motion Authorizing Assignment of Natelco Payphone Contracts to MetTel, with exhibits, dated April 18, 2001 | X | X |
| Exhibit 15 | Transcript of proceedings on April 25, 2001 in In re Telecom Consultants | X | X |
| Exhibit 16 | Escrow Agreement letter of direction, dated April 25, 2001, relating to Asset Purchase Agreement between Natelco and MetTel | | |
| Exhibit 17 | Best Payphones' Notice of Appeal in In re Telecom Consultants from order approving assignment of payphone contracts from Natelco to MetTel, dated April 30, 2001 | | |
| Exhibit 18 | MetTel Emergency Petition to FCC for Limited Waiver, dated April 4, 2001 | X | X |
| Exhibit 19 | FCC Order Granting MetTel's Petition for Limited Waiver, adopted April 11, 2001 and released April 12, 2001 | X | X |
| Exhibit 20 | Joint Petition of Natelco and MetTel for PSC approval of assignment of certain assets, dated May 14, 2001 | X | X |
| Exhibit 21 | PSC Order granting joint petition, dated May 23, 2001 | X | X |
| Exhibit 22 | MetTel bill to Best Payphones, dated April 1, 2001 (Summary Pages) | X | X |
| Exhibit 23 | MetTel Notice to Best Payphones, dated May 8, 2001 | X | X |
| Exhibit 24 | Section 2.8.4 of MetTel Tariff | X | X |
| Exhibit 25 | Best Payphones' Agreement with Bridgecom dated May 15, 2001 | X | X |
| Exhibit 26 | MetTel Agreement with Best Payphones, dated September 24, 1999 | X | X |
| Exhibit 27 | Natelco Pay Phone Services Agreement with Best Payphones, dated November 18, 1998 | | |
| Exhibit 28 | CD containing MetTel's bills to Best Payphones 2000-2001 | | |
| Exhibit 29 | Best Payphones Telephone Equipment Summary | | |
| Exhibit 30 | Best Payphones $70,000 Official Check to | | |

- 2 -

DM1\720316.2

| Exhibit No. | Description | Identified | Received |
|---|---|---|---|
|  | Bridgecom International, May 15, 2001 |  |  |
| Exhibit 31 | Verizon 900 Tariff Pages | X | X |
| Exhibit 32 | Order in In re Telecom Consultants, Inc., dated May 16, 2001 | X | X |
| Exhibit 33 | Memo Endorsed dated September 6, 2001 in Best Payphones v. Manhattan Telecommunications Corp. Case No. 01-CV-6210 | X | X |
| Exhibit 34 | Declaration Pursuant to Fed. R. Evi. 902(ii) |  |  |
| Exhibit 35 | Verizon 901 Tariff Pages | X | X |
| Exhibit 36 | Verizon 901 Tariff Pages | X | X |