```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of

BEST PAYPHONES, INC.,
         Debtor

Case No. 01-B-15472 (SMB)
Chapter 11

BEST PAYPHONES, INC.,
    Debtor-Appellant,

-against-

MANHATTAN TELECOMMUNICATIONS
 CORPORATION,
    Claimant-Appellee.

Docket No. 07-Cv-6170 (PKC)

ORDER

  Best Payphones, Inc. ("Debtor") having filed an Objection in its bankruptcy case to the Proof of Claim of Manhattan Telecommunications Corporation, d/b/a MetTel ("MetTel"), and the Hon. Stuart M. Bernstein, Chief Judge of the United States Bankruptcy Court for the Southern District of New York, having conducted a trial of the claims in said Proof of Claim and entered an Judgment thereon allowing said Proof of Claim based on damages arising from the Debtor's alleged breach of an agreement dated December 8, 2000 between the Debtor and North American Telecommunications Corp., as assigned to MetTel, in the amount of $238,082.43, with interest, and staying execution of said Judgment until the trial of various setoffs of the Debtor, and the Debtor having filed a Notice of Appeal from said Order, and a conference in said appeal having been held before the Hon. P. Kevin Castel on July 26, 2007, it is hereby

  ORDERED, that the briefing of the Debtor's aforementioned appeal is stayed until thirty (30) days following the entry of any final Judgment or final Order of the Bankruptcy Court disposing of all said setoff claims.

Dated: New York, New York
   August 30, 2007

              P. Kevin Castel, USDJ
              Judge of the United States District Court for the
              Southern District of New York