Exhibit A

ECF, STAYED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06170-PKC

In Re: Best Payphones, Inc.
Assigned to: Judge P. Kevin Castel
Case in other court: USBC-SDNY, 01-B-15472 (SMB)
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 07/02/2007
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**In Re**

Best Payphones, Inc.

**Debtor**

Best Payphones, Inc.

**Appellant**

Best Payphones, Inc.    represented by  **Mayne Miller**
P.O. Box 8050, G.P.O.
New York, NY 10116
(718) 482-3989
Email: waywilman@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

Manhattan Telecommunications Corporation
*d/b/a Met Tel*    represented by  **Fran Marcia Jacobs**
Duane Morris, LLP (NYC)
1540 Broadway
New York, NY 10036
212-692-1060
Fax: 212-692-1020
Email: fmjacobs@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2007 | 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Judgment of Judge Stuart M. Bernstein dated May 18, 2007. Bankruptcy Court Case Numbers: 01-B-15472 (SMB). Certified |

| | | |
|---|---|---|
| | | copies of file received.Document filed by Best Payphones, Inc..Appellant Brief due by 7/20/2007.(bkle) (Entered: 07/02/2007) |
| 07/02/2007 | 2 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellant Best Payphones, Inc.. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(bkle) (Entered: 07/02/2007) |
| 07/02/2007 | 3 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellant Best Payphones, Inc.. (bkle) (Entered: 07/02/2007) |
| 07/02/2007 | | Magistrate Judge Ronald L. Ellis is so designated. (bkle) (Entered: 07/02/2007) |
| 07/02/2007 | | Case Designated ECF. (bkle) (Entered: 07/02/2007) |
| 07/26/2007 | | Minute Entry for proceedings held before Judge P. Kevin Castel : Initial Pretrial Conference held on 7/26/2007. See transcript. The court hears argument on the request to stay the judgment from the U.S. Bankruptcy Court. The Court notifies the parties that a conflict may exist. The parties will notify the court whether they intend to ask for a recusal. Pretrial Conference set for 8/3/2007 at 03:00 PM in Courtroom 12C, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel. (Court Reporter Joe Quinones) (ad) (Entered: 07/26/2007) |
| 08/03/2007 | | Minute Entry for proceedings held before Judge P. Kevin Castel : Interim Pretrial Conference held on 8/3/2007. See transcript. A conflict does not exist. The brief on appeal is stayed until 30 days following the judgment disposing of the appellant's claims. (Court Reporter Vincent Bologna) (ad) (Entered: 08/03/2007) |
| 08/30/2007 | 4 | ORDER: the briefing of the Debtor's appeal (further set forth in said Order) is stayed until thirty (30) days following the entry of any final Judgment or final Order of the Bankruptcy Court disposing all said setoff claims. (Signed by Judge P. Kevin Castel on 8/30/07) (db) (Entered: 08/30/2007) |
| 03/20/2008 | 5 | MEMO ENDORSED ON AN ORDER: ENDORSEMENT: On August 30, 2007, I entered an order staying this appeal until entry of final judgment a final order with regard to certain set offs. The parties are directed to show cause in writing by March 11, 2008 why the appeal ought not be dismissed without prejudice to refiling upon entry of final order or final judgment. So Ordered. (Signed by Judge P. Kevin Castel on 2/29/08) (js) (Entered: 03/20/2008) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 03/20/2008 13:21:38 | | |
| PACER Login: dm0095 | Client Code: | y0624-00002-01609 |

| Description: | Docket Report | Search Criteria: | 1:07-cv-06170-PKC |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.16 |