UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re Best Payphones, Inc.,

                Debtor.
-------------------------------------------------------------X

07 CIVIL 6170 (PKC)
08 CIVIL 2554

**JUDGMENT**

      Appellant having appealed from an order of the United States Bankruptcy Court for the Southern District of New York, and the matter having come before the Honorable P Kevin Castel, United States District Judge, and the Court, on April 2, 2008, having rendered its Memorandum Endorsed Order dismissing the appeals without prejudice, in both case as non-final orders, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Endorsed Order dated Apr 2, 2008, the appeals of the bankruptcy court are hereby dismissed without prejudice; accordingly, the cases are closed.

Dated: New York, New York
       Apr 3, 2008

                                          J. MICHAEL McMAHON
                                          Clerk of Court

BY:
                                          Deputy Clerk

