Exhibit D

## Jacobs, Fran M.

| | |
|---|---|
| From: | Bpayphones101@aol.com |
| Sent: | Friday, April 18, 2008 11:53 PM |
| To: | Georgethelawyer@aol.com; Jacobs, Fran M. |
| Cc: | Bpayphones101@aol.com |
| Subject: | Re: In re Best Payphones, Inc. |
| Attachments: | M64.ZIP |

See attached.

The Motion was filed by hand.

A copy was mailed to Duane Morris 1540 Broadway NY, NY 10036

**************
Need a new ride? Check out the largest site for U.S. used car listings at AOL Autos. (http://autos.aol.com/used?NCID=aolcmp00300000002851)

4/21/2008

George M. Gilmer, Esq.
943 4th Ave
Brooklyn, NY 11232



Duane Morris, LLP
1540 Broadway
New York, NY 10036

Attn: Fran Jacobs, Esq.