UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In the matter of

BEST PAYPHONES, INC.,

                Debtor

Case No. 01-B-15472 (SMB)
Chapter 11

------------------------------------------------------------x

BEST PAYPHONES, INC.,

                Debtor-Appellant,

-against-

MANHATTAN TELECOMMUNICATIONS
CORPORATION,

                Claimant-Appellee.

Docket Nos. 07-CV-6170 (PKC)

NOTICE OF APPEAL

------------------------------------------------------------x

## NOTICE OF APPEAL

COUNSEL:

      PLEASE TAKE NOTICE that Debtor-Appellant Best Payphones, Inc. ("Best") hereby appeals to the United States Court of Appeals for the Second Circuit: (1) the Order dated April 2, 2008, dismissing the appeal from the Bankruptcy Court and entered on April 4, 2008; (2) the resulting Judgment dated April 3, 2008, and entered by the Court on April 4, 2008; and (3) the Order dated April 25, 2008, and entered on April 28, 2008, denying the Motion for Reconsideration pursuant to Fed.R.Civ.P. 59.

Dated: Brooklyn, New York
       May 28, 2008

To:
Duane Morris, LLP
1540 Broadway
New York, NY 10036
Attorney for,
Claimant-Appellee
Attn.: Fran M. Jacobs, Esq.

_____
GEORGE M. GILMER, ESQ. (GG-5479)
943 Fourth Avenue
Brooklyn, New York 11232
(718) 788-0100
Attorney for Debtor-Appellant