UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                                                                   :

In re                                                                             :

BEST PAYPHONES, INC.,                  :        Case No. 01-B-15472 (SMB)

Debtor.                                                  :

-------------------------------------------------------------X

BEST PAYPHONES, INC.,

Appellant,

v.                                                                       Civil Action No. 07-cv-6170 (PKC)

MANHATTAN TELECOMMUNICATIONS,
CORPORATION,

**NOTICE OF APPEARANCE**

Appellee.

-------------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned has been retained as Counsel for the Plaintiff in the above-caption and files a Notice of Appearance on Plaintiff's behalf. Please forward any papers or matters relating to this case to the address listed below.

Dated: June 2, 2008

                                                 /s/ George M. Gilmer (gg5479)
                                                 George M. Gilmer, Esq.
                                                 Attorney for the Plaintiff
                                                 943 Fourth Avenue
                                                 Brooklyn, NY 11232
                                                 718 788 0100
                                                 GeorgetheLawyer@aol.com
                                                 GeorgetheLawyer2@aol.com